AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

TROLLERS T FLEMING AKA MALEKK "X" SHABAZZ

JUDGMENT IN A CIVIL CASE

v.

THOMAS J. FLENAGLE, *et al.*,

CASE NUMBER: 09-5681 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** prior to service. Claims relating to Plaintiff's conviction are **DISMISSED WITHOUT PREJUDICE**. All other claims are **DISMISSED WITH PREJUDICE.**

January 15, 2010　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　/s Mary Trent
　　　　　　　　　　　　　　　　　　　Deputy Clerk